UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KYLE ALAN NYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-CV-00113-LEW |
| | ) | |
| UNITED STATES POST OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 13, 2023, the United States Magistrate Judge filed with the court, with copies to the parties, their Recommended Decision After Preliminary Review (ECF No. 5). The time within which to file objections expired on April 6, 2023, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

Dated this 12th day of April, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE